UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MCDANIELS,

        Plaintiff,

v.

Case Number 23-12891
Honorable David M. Lawson

RPT REALTY, RICHARD L. FEDERICO,
ARTHUR H. GOLDBERG, BRIAN L. HARPER,
JOANNA T. LAU, DAVID J. NETTINA,
LAURIE M. SHAHON, and ANDREA M. WEISS,

        Defendants,

_____/

## ORDER OF DISMISSAL

On February 14, 2024, the plaintiff filed a notice of voluntary dismissal of his claims against the defendants. The defendants have not yet been served and have not filed an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                    United States District Judge

Dated: February 16, 2024